ELIZABETH H. KIESEWETTER, Appellant, v. LOUIS F. KIESEWETTER, Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to plead over as to the first and as to the third causes of action in the form of actions at law within twenty days after service of a copy of the order with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL SILFAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

DU PONT HOLDING CORPORATION, Appellant, v. ANTONIO BASTONE, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ELY CULBERTSON, Respondent, v. KEM PLAYING CARDS, INC., and KEM CARD SALES CORPORATION, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GINSBURG, Appellant.— Judgment unanimously reversed, the information dismissed, and the fine remitted, on the ground that the People failed to establish the commission of a crime by the defendant. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SOPHIE WOLF, Individually and as Executrix, etc., Appellant, v. GEORGE S. GORDON and HARRY COWEN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIE CASE FELL, Respondent, v. BRUCE CARPENTER and SYLVIA FELL CARPENTER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MAURICE R. WEISMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, WILLIAM BERNSTEIN and HARRY BERNSTEIN, Individually and as Executors, etc., of NATHAN J. BERNSTEIN, Deceased, and Others, Interpleaded Defendants, and FRANCES J. BERNSTEIN, Interpleaded Defendant, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SOTIR C. ADAMS, Appellant, v. BERNARR MACFADDEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

FRED C. WHITE, INC., and LEROY E. SANDS, Respondents, v. OWENS-ILLINOIS GLASS COMPANY, a Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of a copy of the order, with notice of entry thereof,